**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | Case No.: 07-34434-dof |
| Patrick Anthony Cilia<br>Jennifer Lynn Cilia | **Chapter 13 Proceedings** |
| | **Judge Daniel Opperman** |
| Debtor(s).<br>_____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| UAP Distribution | 2 | 10 | Unsecured | 747573 | $104.34 |

Dated: October 25, 2011

                                                                                 /s/Carl L. Bekofske
                                                                            Carl L. Bekofske,
                                                                            Standing Chapter 13 Trustee
                                                                            400 N. Saginaw St., Ste 331
                                                                            Flint, MI 48502
                                                                            Telephone: (810) 238-4675
                                                                            Fax: (810) 238-4712
                                                                            Email: ECF@flint13.com
                                                                            P10645